**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10069-STA |
| LAMAR GIANCARLO MCKNUCKLES, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on March 6, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Lamar Giancarlo McKnuckles, appearing in person, and with counsel, Lloyd Tatum.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 7, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 6th day of March, 2018.

                                                                   s/ S. Thomas Anderson
                                                    CHIEF JUDGE, U. S. DISTRICT COURT